IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RANDY ALF WOOD, <br> TDCJ-CID NO. 1062315, <br> Petitioner, <br> v. <br> RICK THALER, <br> Respondent. | § § § § § § § <br><br> CIVIL ACTION NO. H-10-3127 |

## ORDER

In August 2010, petitioner sought federal habeas relief from his 2001 state felony conviction. In October, 2010, the Court ordered petitioner to file a written statement addressing the limitations issue and equitable tolling, if applicable. (Docket Entry No.6). Petitioner filed such statement in November 2010. (Docket Entry No.8). On February 7, 2011, the Court dismissed the petition for a writ of habeas corpus under 28 U.S.C. § 2254 because it was time-barred. (Docket Entry No.9). On March 3, 2011, petitioner filed a "Motion for Extension of Time to File the Objections of U.S.D.C. Opinion," which the Court construed as a motion for an extension to file a motion to alter or amend the judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. The Court denied the motion because the Federal Rules of Civil Procedure do not authorize such an extension. (Docket Entry No.12). Petitioner has now filed a "Motion for Stays" (Docket Entry No.13), which is DENIED. This case is closed and there are no pending actions to stay.

It is so ORDERED.

SIGNED at Houston, Texas, on _____May 2_____, 2011.

_____Frances H. Stacy_____
FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE

1